IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD LEE MAINS,

    Plaintiff,

v.

                                    Case No. 18-cv-881-bbc

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| s/ | 2/18/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |