DOC NO
REC'D/FILED
2020 March 2 AM 11:01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Donald Lee Mains

Plaintiff,

v.

Andrew Saul,

Defendant.

Commissioner of Social Security

NOTICE OF APPEAL

Case No. 3:18-CV-00881-bbc

Notice is given that the (plaintiff)/defendant, Donald Lee Mains, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 2/26/2020.

Dated and signed this 26 day of Feb., 2020.

Superior, Wisconsin.

_Donald L Mains_
(Signature)

1318 John Ave #4
(Street Address)

Sup. WI 54880
(City, State, Zip)

Donald Mains
1318 John Ave #4
Superior, WI 54880

February 23, 2020
Case #18-881-BBC
Donald Mains (███-█████-9505) vs. Andrew Saul of Social Security Administration

Office Of The Court
United States District Court
Western District of Wisconsin

Your Honour,

I feel like I have fully proved my case. You have my medical records that show that I have been disabled since December of 1996. All those medical records I was deemed 100% disabled in 2009 especially from the Mayo Clinic and Polinski hall. As far as Gail Baldwin's medical records when I was denied initially, I did the footwork and provided the other medical records and received finally part of my disability benefits. You have my Schedule C tax forms except for 2006 which shows my gross earnings for all the years of 2001-2008. If you notice under Schedule C it says 1040 tax form, that is my personal taxes. Everyone else that files on a 1040 tax form their gross earnings are used to calculate their benefits and it is on their earnings record. I also provided my earnings record from the Social Security Administration and it does not have my gross earnings from 2001-2008. According to the pamphlet from the Social Security Administration your benefits are a percentage based off of your earnings earned over your lifetime.

When did the House and the Senate pass legislation and the President signed into law that when people file their taxes under their name and Social Security number on a 1040 tax form, which is your personal taxes filed with the IRS, that it is no longer your personal taxes but self employment. Now according to the Social Security Administration everyone files their personal taxes on a 1040 tax form. So with that, no longer is your gross earnings you use on your personal taxes for your benefits and your net earnings are used instead under self employment according to the Social Security Administration.

If you are ruling that I did not appeal within 60 days why have you not contacted any of my witnesses? They would have verified I tried appealing many times and was denied at the Social Security Administration counter that they would not give them to me.

You have a few days yet before my next disability check to have the Social Security Administration update my earnings record so I could receive what I'm entitled to.

Sincerely,

*Donald Mains* (signature)

Donald Mains

DOC NO
REC'D/FILED
2020 March 2 AM 11:01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Donald Mains
1318 John ave #4
Sup. WI
54880

Office of the Clerk
United States District Court
120 No. Henry St. Room 320
Madison, WI
53703

PRIORITY® FLAT RATE ENVELOPE
★ MAIL® ONE RATE ★ ANY WEIGHT™

SCANNED

APPLY PRIORITY MAIL POSTAGE HERE




1006　53703

U.S. POSTAGE PAID
PM 2-Day
SUPERIOR, WI
54880
FEB 26, 20
AMOUNT
**$7.75**
R2303S104283-07

EXPECTED DELIVERY DAY: 02/28/20

USPS TRACKING® NUMBER

9505 5150 1769 0057 4498 02

nts, the maximum weight is 4 lbs.　　　EP14H July 2013 Outer Dimension: 10 x 5