IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD LEE MAINS,

                Plaintiff,

v.

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.

ORDER

18-cv-881-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 18, 2020, I denied plaintiff Donald Lee Mains's claim for greater retirement benefits from the Social Security Administration, concluding that he had failed to show that he was entitled to any additional benefits. Dkt. #31. Plaintiff has filed a letter with the court, stating that he disagrees with the court's order and that he thinks he has proved his claim for additional benefits. Dkt. #33. I will construe the letter as a motion for reconsideration of the February 18 order. However, plaintiff raises no new arguments in his letter that I have not considered and rejected already. Therefore, for the reasons explained in my previous orders, I will deny the motion.

ORDER

IT IS ORDERED that plaintiff Donald Lee Mains's motion for reconsideration, Dkt. #33, is DENIED.

Entered this 3d day of April, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge